IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GUADALUPE VILLA-RODRIGUEZ,**

    Petitioner,

  vs.                        Civil Action 2:12-CV-280
                               Criminal No. 2:10-CR-225(4)
                               Judge Marbley
                               Magistrate Judge King

**UNITED STATES OF AMERICA,**

    Respondent.

## REPORT AND RECOMMENDATION

Respondent has been granted until September 21, 2012 to respond to the motion to vacate under 28 U.S.C. § 2255. *Order*, Doc. No. 161. Because the time for responding to the motion to vacate has not yet passed, it is **RECOMMENDED** that petitioner's motion for default judgment, Doc. No. 163, be **DENIED.**

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas*

*v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

                                               *s/Norah McCann King*
                                                  Norah M$^c$Cann King
                                         United States Magistrate Judge

Date: September 5, 2012