## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**GUADALUPE VILLA-RODRIGUEZ,**

     Petitioner,

     v.

**UNITED STATES OF AMERICA,**

     Respondent.

**Civ. No. 2:15-cv-02690**
**Crim. No. 2:10-cr-0225(4)**
**JUDGE ALGENON L. MARBLEY**
**Magistrate Judge King**

### ORDER

On October 27, 2016, the Magistrate Judge recommended that Petitioner's current *Motion to Vacate* (ECF No. 247) be dismissed. *Report and Recommendation* (ECF No. 256). Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 256) is **ADOPTED** and **AFFIRMED**. The *Motion to Vacate* (ECF No. 247) is hereby **DISMISSED**.

     **IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**United States District Judge**